■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD STEELE, Appellant. — Judgment of resentence, Supreme Court, New York County, rendered December 14, 1979, unanimously affirmed, and the appeal from the judgment of said court rendered on October 18, 1977 is dismissed since by reason of resentence said judgment was vacated and it is from the judgment of resentence only that an appeal lies. No opinion. Concur — Kupferman, J. P., Birns, Sullivan, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIMITRI IRRIZARRY, Appellant. — Judgment of resentence, Supreme Court, Bronx County, rendered on January 31, 1980, unanimously affirmed, and appeal from judgment of said court rendered on May 25, 1979 is dismissed since by reason of resentence said judgment was vacated and it is from the judgment of resentence only that an appeal lies. No opinion. Concur — Kupferman, J. P., Birns, Fein, Sandler and Lupiano, JJ.